[No. 24971–1–I.   Division One.   May 13, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. MARTIN
EISENMAN, *Appellant.*

The opinion in the above named case as reported in the
advance sheets at 61 Wn. App. 246–251 has been omitted
from the permanent printing of this volume because of a
modification of the opinion made by an order of the Court
of Appeals dated August 29, 1991. The opinion, as modi-
fied, is reported in Volume 62 Washington Appellate
Reports.